United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN STALLWORTH,

    Plaintiff,

v.

ANDREA BROLLINI, et al.,

    Defendants.
                                        /

No. C 11-04841 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for purposes of discovery. If the parties do not receive an assignment within fourteen (14) days of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 9, 2012

                                                JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Referral Clerk