# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| KATHLEEN STALLWORTH,<br><br>                Plaintiff,<br>   v.<br>ANDREA BROLLINI, et al.,<br><br>                Defendants.<br>_____/ | No. C 11-04841 JSW (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. Order of Referral, ECF No. 16. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: March 1, 2012

                                                             _____<br>                                                             LAUREL BEELER<br>                                                              United States Magistrate Judge