IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN STALLWORTH,

    Plaintiff,

    v.

ANDREA BROLLINI, ET AL.,

    Defendants.
_____/

No. C 11-04841 JSW

**ADR REFERRAL ORDER**

    Pursuant to the ADR Phone Conference Report dated August 13, 2012, this matter is HEREBY REFERRED to the ADR department for purposes of holding an Early Neutral Evaluation session within 120 days of the date of this Order.

    **IT IS SO ORDERED.**

Dated: August 20, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: ADR Department