LORI E. PEGG, Acting County Counsel (S.B. #129073)
MARY L. MALYSZ, Deputy County Counsel (S.B. #138385)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, ANDREA
BROLLINI, MICHELLE DE LA CALLE, and
SANTA CLARA COUNTY PERSONNEL
BOARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| KATHLEEN STALLWORTH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREA BROLLINI, et al.,<br><br>　　　　Defendants. | No. CV11-04841 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES**<br>**AS MODIFIED HEREIN** |

　　　　The parties in the above-captioned matter submit the following Stipulation and Proposed Order for the purpose of requesting that the Court continue the trial, presently set for April 1, 2013, to July 15, 2013.

　　　　Good cause exists for granting the requested continuance.  Plaintiff's counsel recently noticed the depositions of seven employees of Santa Clara Valley Medical Center, five of whom work in the Emergency Department, and intends to notice additional employee depositions.  To avoid a disruption in service in the Emergency Department and to accommodate the schedules of all of these employees, the parties anticipate needing until mid-November to complete these depositions.  Additionally, disputes regarding written discovery responses have arisen, and the "meet and confer" process is ongoing.  Finally, the dispositive motion cutoff of December 14, 2012 needs

1

1  to be continued so that the parties have sufficient time to complete depositions, resolve remaining
2  discovery disputes, and submit the mandamus claim to the Court for review.
3        Accordingly, the parties through their counsel stipulate to continue the trial date to July 15,
4  2013, and the pretrial conference to June 24, 2013.  As for the remaining pretrial deadlines, a further
5  Case Management Conference may be warranted, and the parties propose the following:
6        First Day to File Dispositive Motion: January 15, 2013.
7        Discovery Cutoff:  Fact Cutoff – April 8, 2013.
8        Last Day for Plaintiff to Disclose Expert Witnesses – April 8, 1013.
9        Last Day for Defendants to Disclose Expert Witnesses – April 22, 2013.
10       Discovery Cutoff:  Expert Cutoff – May 13, 2013.
11       Last Day to Hear Dispositive Motions – March 8, 2013.
12       I hereby attest that I have on file the holograph signature indicated by a "conformed"
13 signature (/S/) within this efiled document.

14 Dated:  September 24, 2012                Respectfully submitted,

15                                           LORI E. PEGG
                                             Acting County Counsel
16

17                                    By:    _____/S/_____
                                             MARY L. MALYSZ
18                                           Deputy County Counsel

19                                           Attorneys for Defendants
                                             COUNTY OF SANTA CLARA, ANDREA
20                                           BROLLINI, MICHELLE DE LA CALLE, and
                                             SANTA CLARA PERSONNEL BOARD
21

22 Dated:  September 24, 2012          By:   _____/S/_____
                                             BLAINE L. FIELDS
23

24                                           Attorney for Plaintiff
                                             KATHLEEN STALLWORTH

2

### ORDER CONTINUING THE TRIAL DATE

The Court, having considered the stipulation of the parties and finding good cause, hereby orders that the trial date in this matter is continued to July 15, 2013, and the pretrial conference to June 24, 2013. The remaining pretrial deadlines are continued, as follows:

First Day to File Dispositive Motion – January 15, 2013.

Discovery Cutoff: Fact Cutoff – April 8, 2013.

Last Day for Plaintiff to Disclose Expert Witnesses – April 18, 1013.

Last Day for Defendants to Disclose Expert Witnesses – April 22, 2013.

Discovery Cutoff: Expert Cutoff – May 13, 2013.

Last Day to Hear Dispositive Motions – ~~March 8, 2013~~. **March 15, 2013**

**Jury selection will be held on July 10, 2013 at 8:00 a.m.**

Dated: September 25, 2012

_____
JUDGE JEFFREY S. WHITE