
LORI E. PEGG, Acting County Counsel (S.B. #129073)
MARY L. MALYSZ, Deputy County Counsel (S.B. #138385)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, ANDREA
BROLLINI, MICHELLE DE LA CALLE, AND
SANTA CLARA COUNTY PERSONNEL
BOARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN STALLWORTH,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA BROLLINI, et al.,<br><br>Defendants. | No. CV11-04841 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER BIFURCATING NINTH CAUSE OF ACTION FOR ADMINISTRATIVE MANDAMUS (F.R.C.P. 42(b))** AND SETTING CASE MANAGEMENT CONFERENCE |

The parties in the above-captioned matter submit the following Stipulation and Proposed Order requesting that, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the Court bifurcate plaintiff Kathleen Stallworth's request to review the administrative findings of Defendant Santa Clara County Personnel Board, as set forth in Plaintiff's ninth cause of action.

Good cause exists for proceeding in this manner. Rule 42(b) provides for separate trials or one or more claims "[f]or convenience, to avoid prejudice, or to expedite and economize." First, Plaintiff's mandamus claim presents an issue for the Court to decide on its own, sitting without a jury. (See Cal. Code Civ. Proc., § 1094.5(a).) Additionally, obtaining a prior decision regarding administrative mandamus in this action will expedite and economize by streamlining factual issues and potentially eliminate claims should principles of collateral estoppel and/or res judicata apply.

///

1

Accordingly, the parties request the court bifurcate and consider the administrative mandamus claim on or before July 15, 2013, which is the date set for the jury trial of the entire action.

Additionally, the parties request that all other dates, except the fact discovery cut-off (April 8, 2013) be vacated as to the remainder of Plaintiff's claims, and a further case management conference be held to establish the mandamus briefing schedule and setting a new pretrial schedule for the jury trial of Plaintiff's remaining claims.

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this efiled document.

Dated: December 18, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LORI E. PEGG
　　　　　　　　　　　　　　　　　　　　　　Acting County Counsel

　　　　　　　　　　　　　　　　　By:　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　MARY L. MALYSZ
　　　　　　　　　　　　　　　　　　　　　　Deputy County Counsel

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　COUNTY OF SANTA CLARA, ANDREA
　　　　　　　　　　　　　　　　　　　　　　BROLLINI, MICHELLE DE LA CALLE,
　　　　　　　　　　　　　　　　　　　　　　AND SANTA CLARA COUNTY
　　　　　　　　　　　　　　　　　　　　　　PERSONNEL BOARD

Dated: December 18, 2012　　　　　　By:　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　BLAINE L. FIELDS

　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　KATHLEEN STALLWORTH

**ORDER BIFURCATING NINTH CAUSE OF ACTION**

**FOR ADMINISTRATIVE MANDAMUS**

The Court, having considered the stipulation of the parties and finding good cause, hereby bifurcates Plaintiff's ninth cause of action for administrative mandamus. This trial date of July 15, 2013 shall apply to this bifurcated claim; all other dates set forth in the Court's Order of September 25, 2012 are hereby vacated, except the fact discovery cut off of April 8, 2013. A further case management conference will be scheduled to establish the mandamus briefing schedule and setting a new pretrial schedule for the jury trial of Plaintiff's remaining claims.

Dated: January 3, 2013

JUDGE JEFFREY S. WHITE
United States District Court

The parties shall appear for a case management conference on January 18, 2013 at 1:30 p.m. to address the proposed briefing schedule on the mandamus claim.

The Court reserves the right to continue the trial date if necessary.