1  LORI E. PEGG, Acting County Counsel (S.B. #129073)
   MARY L. MALYSZ, Deputy County Counsel (S.B. #138385)
2  ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, ANDREA
   BROLLINI, MICHELLE DE LA CALLE, AND
7  SANTA CLARA COUNTY PERSONNEL
   BOARD
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN STALLWORTH, | No. CV11-04841 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER BIFURCATING NINTH CAUSE OF ACTION FOR ADMINISTRATIVE MANDAMUS (F.R.C.P. 42(b))** |
| v. | AND SETTING CASE MANAGEMENT CONFERENCE |
| ANDREA BROLLINI, et al., | |
| Defendants. | |

The parties in the above-captioned matter submit the following Stipulation and Proposed Order requesting that, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the Court bifurcate plaintiff Kathleen Stallworth's request to review the administrative findings of Defendant Santa Clara County Personnel Board, as set forth in Plaintiff's ninth cause of action.

Good cause exists for proceeding in this manner. Rule 42(b) provides for separate trials or one or more claims "[f]or convenience, to avoid prejudice, or to expedite and economize." First, Plaintiff's mandamus claim presents an issue for the Court to decide on its own, sitting without a jury. (See Cal. Code Civ. Proc., § 1094.5(a).) Additionally, obtaining a prior decision regarding administrative mandamus in this action will expedite and economize by streamlining factual issues and potentially eliminate claims should principles of collateral estoppel and/or res judicata apply.

///

1

1   Accordingly, the parties request the court bifurcate and consider the administrative
2   mandamus claim on or before July 15, 2013, which is the date set for the jury trial of the entire
3   action.
4   Additionally, the parties request that all other dates, except the fact discovery cut-off (April
5   8, 2013) be vacated as to the remainder of Plaintiff's claims, and a further case management
6   conference be held to establish the mandamus briefing schedule and setting a new pretrial schedule
7   for the jury trial of Plaintiff's remaining claims.
8   I hereby attest that I have on file the holograph signature indicated by a "conformed"
9   signature (/S/) within this efiled document.

10  Dated: December 18, 2012                    Respectfully submitted,

11                                              LORI E. PEGG
                                                Acting County Counsel
12

13                                      By:          /S/
                                                MARY L. MALYSZ
14                                              Deputy County Counsel

15                                              Attorneys for Defendants
                                                COUNTY OF SANTA CLARA, ANDREA
16                                              BROLLINI, MICHELLE DE LA CALLE,
                                                AND SANTA CLARA COUNTY
17                                              PERSONNEL BOARD

18

19  Dated: December 18, 2012             By:          /S/
                                                BLAINE L. FIELDS
20
                                                Attorney for Plaintiff
21                                              KATHLEEN STALLWORTH

2

Stip and Proposed Order Bifurcating Ninth                                    CV11-04841 JSW
Cause of Action for Administrative Mandamus

**ORDER BIFURCATING NINTH CAUSE OF ACTION**

**FOR ADMINISTRATIVE MANDAMUS**

The Court, having considered the stipulation of the parties and finding good cause, hereby bifurcates Plaintiff's ninth cause of action for administrative mandamus. This trial date of July 15, 2013 shall apply to this bifurcated claim; all other dates set forth in the Court's Order of September 25, 2012 are hereby vacated, except the fact discovery cut off of April 8, 2013. A further case management conference will be scheduled to establish the mandamus briefing schedule and setting a new pretrial schedule for the jury trial of Plaintiff's remaining claims.

Dated: January 3, 2013

JUDGE JEFFREY S. WHITE
United States District Court

The parties shall appear for a case management conference on January 18, 2013 at 1:30 p.m. to address the proposed briefing schedule on the mandamus claim.

The Court reserves the right to continue the trial date if necessary.

683606

3