IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN STALLWORTH,

    Plaintiff,

  v.

ANDREA BROLLINI, ET AL.,

    Defendants.

                                      /

No. C 11-04841 JSW

**ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT**

    This matter is scheduled for a case management conference on Friday, January 18, 2013. In light of the fact that the Court has recently bifurcated certain claims, it is HEREBY ORDERED that the parties shall submit a further joint case management statement by January 17, 2013 at 10:00 a.m. addressing the manner in which they expect the bifurcated claims to proceed.

    **IT IS SO ORDERED.**

Dated: January 15, 2013

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE