IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN STALLWORTH,

    Plaintiff,

v.

ANDREA BROLLINI, ET AL.,

    Defendants.

                                         /

No. C 11-04841 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE, VACATING TRIAL DATE, AND SETTING DATES RE MANDAMUS CLAIM**

       This matter is scheduled for a case management conference on Friday, January 18, 2013. The Court has reviewed the parties' Joint Case Management Statement, and it HEREBY VACATES the case management conference. The Court shall adopt, in part, the parties' proposed schedule.

       The parties shall file the administrative record by **May 1, 2013.** Plaintiff's opening brief shall be due by May 1, 2013. Defendants' opposition shall be due by June 15, 2013. Plaintiff's reply shall be due by July 1, 2013. If the parties require more than twenty-five pages for their opening briefs and opposition, they must submit requests demonstrating good cause for additional pages by no later than April 15, 2013.

//

//

//

//

Because the parties have not suggested that a bench trial is required, and because the Court's civil law and motion calendar is heard on Fridays, the jury trial scheduled for July 15, 2013 is VACATED, and the hearing on the mandamus claim shall be set for **July 19, 2013 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: January 16, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE