1  BLAINE L. FIELDS, SBN 65781
   333 WEST SAN CARLOS
2  8TH FLOOR
   SAN JOSE, CALIFORNIA 95110
3  (408) 279-3600

4  Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

10 KATHLEEN STALLWORTH,                Case No.  C 11-04841 JSW

11              Plaintiff,             APPLICATION TO ENLARGE PAGE LIMIT FOR
                                       OPENING BRIEF AND ~~PROPOSED~~ ORDER
12 vs.

14 ANDREA BROLLINI, MICHELLE DE LA
   CALLE, COUNTY OF SANTA CLARA,
   SANTA CLARA PERSONNEL BOARD,
15 Does 1 through 10,

16              Defendants.

17 _____/

18
        Plaintiff applies to the court for an order permitting her to file an opening brief of up to
19
   40 pages in length.  Good cause exists for this application for the reason that the Court must
20
   use the independent judgment standard of review to determine whether the findings are
21
   supported by the evidence (*Cal Civ. Proc*. §§ 1094.5(b) and (c)) and must independently
22
   weigh the evidence, including the credibility of witnesses, and may make its own findings.
23
   *Ocheltree v. Gourley* (2002) 102 Cal.App.4th 1013, 1017.   The opening brief must therefore
24
   include a thorough summary of the evidence as contained in the record.  In this case the record
25
   consists of a hearing transcript of 1044 pages generated over a four day period, more that 100
26
   multi-page exhibits offered by the parties in connection with twenty 20 discrete charges of
27
   alleged misconduct.  It is anticipated at this time that plaintiff may need an additional 15 pages
28

to complete this analysis. Plaintiff therefore requests an order to permit the filing of an opening brief of up to 40 pages in length.

In discussing this matter with defendants' counsel, counsel indicated that the defendants did not believe they would need an enlarged brief for the opposition and therefore would not join in the this application but had no objection to plaintiff's request.

Respectfully submitted.

DATED: 13 April 2013                    LAW OFFICES OF BLAINE L. FIELDS

_____
BLAINE L. FIELDS
Attorney for Plaintiff Kathleen Stallworth

ORDER AMENDING THE ADMINISTRATIVE
MANDAMUS BRIEFING SCHEDULE

The Court, having considered the plaintiff's application and finding good cause, hereby GRANTS the application. Plaintiff may file an opening brief of up to 40 pages in length.

Dated: April 15, 2013

_____
JUDGE JEFFREY S. WHITE
United States District Court