1  BLAINE L. FIELDS, SBN 65781
   333 WEST SAN CARLOS
2  8TH FLOOR
   SAN JOSE, CALIFORNIA 95110
3  (408) 279-3600

4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN STALLWORTH, | Case No. C 11-04841 JSW |
|---|---|
| Plaintiff, | APPLICATION TO ENLARGE PAGE LIMIT FOR OPENING BRIEF AND ~~PROPOSED~~ ORDER |
| vs. | |
| ANDREA BROLLINI, MICHELLE DE LA CALLE, COUNTY OF SANTA CLARA, SANTA CLARA PERSONNEL BOARD, Does 1 through 10, | |
| Defendants. | |

    Plaintiff applies to the court for an order permitting her to file an opening brief of up to 40 pages in length. Good cause exists for this application for the reason that the Court must use the independent judgment standard of review to determine whether the findings are supported by the evidence (*Cal Civ. Proc*. §§ 1094.5(b) and (c)) and must independently weigh the evidence, including the credibility of witnesses, and may make its own findings. *Ocheltree v. Gourley* (2002) 102 Cal.App.4th 1013, 1017. The opening brief must therefore include a thorough summary of the evidence as contained in the record. In this case the record consists of a hearing transcript of 1044 pages generated over a four day period, more that 100 multi-page exhibits offered by the parties in connection with twenty 20 discrete charges of alleged misconduct. It is anticipated at this time that plaintiff may need an additional 15 pages

to complete this analysis. Plaintiff therefore requests an order to permit the filing of an opening brief of up to 40 pages in length.

In discussing this matter with defendants' counsel, counsel indicated that the defendants did not believe they would need an enlarged brief for the opposition and therefore would not join in the this application but had no objection to plaintiff's request.

Respectfully submitted.

DATED: 13 April 2013

LAW OFFICES OF BLAINE L. FIELDS

_____
BLAINE L. FIELDS
Attorney for Plaintiff Kathleen Stallworth

ORDER AMENDING THE ADMINISTRATIVE
MANDAMUS BRIEFING SCHEDULE

The Court, having considered the plaintiff's application and finding good cause, hereby GRANTS the application. Plaintiff may file an opening brief of up to 40 pages in length.

Dated: April 15, 2013

_____
JUDGE JEFFREY S. WHITE
United States District Court