

ORRY P. KORB, County Counsel (S.B. #114399)
MARY L. MALYSZ, Deputy County Counsel (S.B. #138385)
ARYN PAIGE HARRIS, Deputy County Counsel (S. B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, ANDREA
BROLLINI, MICHELLE DE LA CALLE, and
SANTA CLARA COUNTY PERSONNEL
BOARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN STALLWORTH, | No. CV11-04841 WHO |
| Plaintiff, | **STIPULATION AND ORDER FOR MAGISTRATE JUDGE MARIA-ELENA JAMES TO CONDUCT MEDIATION** |
| v. | |
| ANDREA BROLLINI, et al., | |
| Defendants. | |

At the beginning of the case, the parties participated in an early neutral evaluation.

Discovery has now closed and other developments have occurred.  The parties have had face-to-face

meetings which broached the subject of an omnibus settlement of this pending action but believe that

a referral to a magistrate for purposes of conducting a mediation may be an effective approach to

bringing about a resolution of this dispute.

The parties have jointly agreed upon Magistrate Judge Maria-Elena James as the preferred

person to mediate this dispute and ask that she be appointed to conduct mediation at a time

convenient to her calendar.  (Because Magistrate Judge Laurel Beeler has and continues to resolve

discovery disputes, the parties do not feel that she should be involved in the mediation and therefore

///

///

1

1   have looked to a magistrate who is not involved in the dispute resolution aspects of the lawsuit to

2   participate in the mediation.)

3          I hereby attest that I have on file the holograph signature for the signature indicated by a

4   "conformed" signature (/S/) within this e-filed document.

Dated:  July 31, 2013                          Respectfully submitted,

                                               ORRY P. KORB
                                               County Counsel

                                  By:    _____/s/_____
                                               ARYN PAIGE HARRIS
                                               Deputy County Counsel

                                               Attorneys for  Defendants
                                               COUNTY OF SANTA CLARA, ANDREA
                                               BROLLINI, MICHELLE DE LA CALLE, and
                                               SANTA CLARA COUNTY PERSONNEL
                                               BOARD

Dated:  July 31, 2013            By:    _____/s/_____
                                               BLAINE L. FIELDS

                                               Attorneys for Plaintiff

## ORDER

          Upon the stipulation of the parties and good cause appearing, it is hereby ordered that the

matter is referred to Magistrate Judge Maria-Elena James for purposes of conducting mediation at a

mutually convenient time and place.  A copy of this order shall be forwarded to the ADR Office of

this Court.

Dated:  August 5, 2013           _____

                                               WILLIAM H. ORRICK
                                               Judge of the United States District Court