```
ORRY P. KORB, County Counsel (S.B. #114399)
MARY L. MALYSZ, Deputy County Counsel (S.B. #138385)
ARYN PAIGE HARRIS, Deputy County Counsel (S. B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
```

Attorneys for Defendants
COUNTY OF SANTA CLARA, ANDREA BROLLINI, MICHELLE DE LA CALLE, and SANTA CLARA COUNTY PERSONNEL BOARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN STALLWORTH,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREA BROLLINI, et al.,<br><br>  Defendants. | No. CV11-04841 WHO<br><br>**STIPULATION AND ORDER FOR MAGISTRATE JUDGE MARIA-ELENA JAMES TO CONDUCT MEDIATION** |

At the beginning of the case, the parties participated in an early neutral evaluation. Discovery has now closed and other developments have occurred. The parties have had face-to-face meetings which broached the subject of an omnibus settlement of this pending action but believe that a referral to a magistrate for purposes of conducting a mediation may be an effective approach to bringing about a resolution of this dispute.

The parties have jointly agreed upon Magistrate Judge Maria-Elena James as the preferred person to mediate this dispute and ask that she be appointed to conduct mediation at a time convenient to her calendar. (Because Magistrate Judge Laurel Beeler has and continues to resolve discovery disputes, the parties do not feel that she should be involved in the mediation and therefore

///

///

1

have looked to a magistrate who is not involved in the dispute resolution aspects of the lawsuit to participate in the mediation.)

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated:  July 31, 2013

Respectfully submitted,

ORRY P. KORB
County Counsel

By:   /s/
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for  Defendants
COUNTY OF SANTA CLARA, ANDREA BROLLINI, MICHELLE DE LA CALLE, and SANTA CLARA COUNTY PERSONNEL BOARD

Dated:  July 31, 2013

By:   /s/
BLAINE L. FIELDS

Attorneys for Plaintiff

**ORDER**

Upon the stipulation of the parties and good cause appearing, it is hereby ordered that the matter is referred to Magistrate Judge Maria-Elena James for purposes of conducting mediation at a mutually convenient time and place.  A copy of this order shall be forwarded to the ADR Office of this Court.

Dated:  August 5, 2013

WILLIAM H. ORRICK
Judge of the United States District Court