ORRY P. KORB, County Counsel (S.B. #114399)
MARY L. MALYSZ, Deputy County Counsel (S.B. #138385)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, ANDREA
BROLLINI, MICHELLE DE LA CALLE, and
SANTA CLARA COUNTY PERSONNEL
BOARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN STALLWORTH,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA BROLLINI, et al.,<br><br>Defendants. | No. CV11-04841 WHO<br><br>**STIPULATION AND ORDER CHANGING HEARING DATE FOR PLAINTIFF'S APPLICATION FOR WRIT OF ADMINISTRATIVE MANDAMUS, AND PLAINTIFF'S MOTION TO AUGMENT RECORD FOR WRIT OF ADMINISTRATIVE MANDAMUS** |

COME NOW the parties who present this stipulation and proposed order requesting the Court to move the hearing date for Plaintiff's Application for Writ of Administrative Mandamus, and Motion to Augment Record for Writ of Administrative Mandamus, a date which has been cleared with the court.

| Existing date | New Date |
|---|---|
| August 28, 2013 | September 25, 2013 |

///

///

///

///

1

Stip and Order Changing Hearing Date for Plf's Application for Writ
of Administrative Mandamus, and Augment Record for Writ of
Administrative Mandamus

CV11-04841 WHO

This request is accompanied by the declaration of Aryn Paige Harris, counsel for the County of Santa Clara.

**IT IS SO STIPULATED.**

Dated:  August 5, 2013                    Respectfully submitted,

ORRY P. KORB
County Counsel

By:      /s/
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for  Defendants
COUNTY OF SANTA CLARA, ANDREA BROLLINI, MICHELLE DE LA CALLE, and SANTA CLARA COUNTY PERSONNEL BOARD

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated:  August 6, 2013                    By:     /s/
BLAINE L. FIELDS

Attorneys for Plaintiff

**ORDER**

The Court has considered the Stipulation and request by the parties to change the hearing date for Plaintiff's Application for Writ of Administrative Mandamus, and Plaintiff's Motion to Augment Record for Writ of Administrative Mandamus currently set on August 28, 2013 at 2:00 p.m.  The Court having determined that the request is properly supported, hereby makes the following Order:

The hearing date for Plaintiff's Application for Writ of Administrative Mandamus, and Plaintiff's Motion to Augment Record for Writ of Administrative Mandamus is rescheduled to September 25, 2013 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 8, 2013

WILLIAM H. ORRICK
Judge of the United States District Court